UNITED STATES of America, Plaintiff–Appellee,

v.

Luther Leroy WOODS, Defendant–Appellant.

No. 13–14204
Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

March 21, 2014.

Peter J. Sholl, Arthur Lee Bentley, III, U.S. Attorney's Office, Tampa, FL, Tanya Davis Wilson, U.S. Attorney's Office, Orlando, FL, for Plaintiff–Appellee.

Craig L. Crawford, Stephen John Langs, Rosemary Cakmis, Donna Lee Elm, Federal Public Defender's Office, Orlando, FL, for Defendant–Appellant.

Luther Leroy Woods, Perry, FL, pro se.

Before HULL, MARCUS and MARTIN, Circuit Judges.

PER CURIAM:

Craig L. Crawford, appointed counsel for Luther Leroy Woods in this appeal, has moved to withdraw from further representation of the appellant and has filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no argua-

ble issues of merit, counsel's motion to withdraw is **GRANTED,** and the judgment revoking Woods's supervised release and his resulting sentence are **AFFIRMED.**